January 14, 2025
Re: U.S. vs Henry A Eichman
2:24-cr-0083-LEW

Judge Walker,

    I was married to Henry for 23 years after we met at the United Methodist Church of Bath, Maine in 1988. He was my children's Sunday School teacher and junior choir director. We were very good friends and married in late December 1990. What I was first struck by in Henry was his gentlemanly manner and true sense of spirituality.

    Henry was a wonderful partner in marriage and an exceptional step-father to my three children. We built a home and family full of love, respect, and fun, often cooking together, camping, cross country skiing, gardening, going on adventures, including a vacation to Myrtle Beach and to his home in Colorado. Henry was always modest and decent around my children and supported them through learning to drive, heartbreaks, and other challenges and disappointments, as well as joys.

    In 1994 our first grandchild was born and we had an outsized role in raising her for four years while her mother completed college. We had dogs and cats and chickens and a mini-golf course that Henry built for the kids, including a goldfish pond. In other words, he was a committed father in their lives.

    Henry came from a family of good farm stock in Eastern Colorado but also experienced quite brutal physical punishment at the hands of his father and emotional abuse from his mother. He was sexually abused by a friend of the family and was sent to live with an uncle as a solution. He was a smart kid and won a scholarship to the University of Colorado, but left due to having fallen into drug and alcohol abuse.

    Henry was sober and participated in AA and therapy for several years. However, about 10 years into our marriage we performed in Jesus Christ Superstar at the Chocolate Church in Bath in 1997 and he decided to just have a beer with other cast members. We started a theater company for teens in 1999 and he started a children's program the next summer. That became his focus. He auditioned for and won many roles in shows and became so enamored with performing that he lied about having to change shifts at work in order to be free to perform.  He began lying, evaded being at home, and evaded questions about his whereabouts and activities. I saw the sad fall into addiction and asked that we get counseling together. When he refused, I moved out in 2001 as it was too painful to live in that environment. He had a pattern of black-out drinking and at one point was hospitalized for alcohol poisoning.

    Henry and I remained friends. He helped me finish my current home and I gave him the down payment for his. However, I noticed a pattern of more erratic behavior in 2013 and we divorced, but stayed in touch. I visit Henry at Maine State Prison, we speak regularly by phone and write one another. He is sober, of course, and has had counseling, and I feel as though the old Henry is back. I don't take responsibility for

others' behaviors and don't understand them, but what I know is that a good man went wrong due to addiction and ego and we lost him for several years. When not into his addictions, Henry is a wonderful person and contributes positively to any family, group, or environment. It is hard to reconcile that he could have done the things for which he has accepted responsibility. I hope this is helpful.

    Sincerely,
    Lennie Eichman
    Hartford, ME